THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 24, 2013



Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Kelly Lyn Ziegler and Case No. 13-23112-mdm
Jeff A. Ziegler, (Chapter 13)

Debtors.

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE FOR DETERMINATION OF REASONABLE VALUE OF SERVICES AND DISGORGEMENT AS TO MORTGAGE HEALTHCARE AND JESSE SCOTT a.k.a. JESSE LESUER**

The United States Trustee, filed a Motion for Determination of Reasonable Value of Services and Disgorgement Pursuant to 11 U.S.C. § 110 as to Mortgage Healthcare and Jesse Scott a.k.a. Jesse Lesuer, who defaulted by failing to file a response and failing to appear at a hearing scheduled on the Motion. The hearing was held on June 5, 2013, and the Court heard the testimony of Kelly Lyn Ziegler and Attorney Robert Leite-Young. The Court issued its decision on the Motion on June 13, 2013. Docket No. 27.

Now, therefore, after considering the witness testimony taken at the hearing, the evidence presented and the file herein,

Drafted by:
Attorney Debra L. Schneider
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478

**IT IS HEREBY ORDERED:**

1. The motion is granted;

2. Jesse Scott a.k.a. Jesse Lesuer is ordered to disgorge $3,799.94, the amount paid by the debtors for which they received no value; said amount to be made payable to Kelly Lyn and Jeff Ziegler [and mailed to Law Offices of Deborah A. Stencel, 250 E Wisconsin Avenue, Suite 1800, Milwaukee, WI 53202] within 30 days of the entry of this Court's Order.

3. Judgment shall be entered accordingly.

#####